UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN BANK,<br>*Plaintiff,*<br><br>v.<br><br>CORAX INTERNATIONAL, LLC,<br>WARNOCK & ASSOCIATES, LLC and<br>RUDOLPH M. WARNOCK, JR,<br>*Defendants.* | C.A. No. 1:20-CV-12133-RWZ |

## RWZ [PROPOSED] JUDGMENT

This matter having come before the Court on the Plaintiff's Omnibus Motion for Default and Summary Judgment against Defendants Corax International, LLC, Warnock & Associates, LLC, and Rudolph M. Warnock, Jr. [Docket No. 19]; Defendants Corax International, LLC and Warnock & Associates, LLC having been duly served and failed to plead or otherwise respond to the Complaint as provided for in the Federal Rules of Civil Procedure; and Defendants Corax International, LLC, Warnock & Associates, LLC, and Rudolph M. Warnock, Jr. each having failed to file any opposition to Plaintiff's Omnibus Motion for Default and Summary Judgment; the issues having been duly heard and findings having been made that Defendants are indebted to Plaintiff in the amount of $154,673.12, as of June 9, 2021, plus continuing interest, and that attorneys' fees should be assessed against Defendants in the amount of $21,154.20, it is hereby ORDERED and ADJUDGED that:

1. Judgment is hereby entered in favor of the Plaintiff, Eastern Bank, and against the Defendants Corax International, LLC, Warnock & Associates, LLC, and Rudolph M. Warnock, Jr., jointly and severally, in the amount of $154,673.12, as of June 9, 2021, plus continuing interest.

2. Attorneys' fees and costs are assessed against Defendants and awarded to Plaintiff in the amount of $21,154.20.

Entered at Boston, Massachusetts, this 12th day of August, 2021.

_____
HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT